ABAD-ESTEVE CORPORATION, Respondent, *v.* PEDRO MATEO, Appellant.

Supreme Court, Appellate Term, First Department, November 19, 1930.

*Relyea, Bunnell & Bunnell* [*Alfred R. Bunnell* of counsel], for the appellant.

*Meyer Machlis*, for the respondent.

PER CURIAM. The application to punish for contempt having been begun by order to show cause, and not by warrant of attachment, the order appealed from is not a final order in a special proceeding (*Weishar* v. *Weishar*, 137 Misc. 356), and the appeal must be dismissed.

Appeal dismissed, with ten dollars costs.

All concur; present, LYDON, LEVY and CALLAHAN, JJ.